1  JEDEDIAH WAKEFIELD (CSB No. 178058)
   jwakefield@fenwick.com
2  GARNER F. KROPP (CSB No. 312585)
   gkropp@fenwick.com
3  ESTHER D. GALAN (CSB No. 335763)
   egalan@fenwick.com
4  RINA PLOTKIN (CSB No. 335766)
   rplotkin@fenwick.com
5  ALYSSA CROOKE (CSB No. 341426)
   acrooke@fenwick.com
6  **FENWICK & WEST LLP**
   555 California Street, 12th Floor
7  San Francisco, CA  94104
   Telephone: 415.875.2300
8  Facsimile: 415.281.1350

9  BRIAN D. BUCKLEY (*pro hac vice* forthcoming)
   bbuckley@fenwick.com
10 **FENWICK & WEST LLP**
   1191 Second Avenue, 10th Floor
11 Seattle, WA  98101
   Telephone: 206.389.4510
12 Facsimile: 206.389.4511

13 KIMBERLY CULP (CSB No. 238839)
   kculp@fenwick.com
14 **FENWICK & WEST LLP**
   Silicon Valley Center
15 801 California Street
   Mountain View, CA  94041
16 Telephone: 650.988.8500
   Facsimile: 650.938.5200
17
   Counsel for Defendant
18 AMAZON.COM, INC.

19                 UNITED STATES DISTRICT COURT

20               NORTHERN DISTRICT OF CALIFORNIA

21                     SAN FRANCISCO DIVISION

22 | ELENA NACARINO, SUSAN SYLVESTER, and MICHAEL SONNENSCHEIN, individually and on behalf of all others similarly situated, | Case No. 3:22-cv-02713-JD |
|---|---|
| Plaintiffs, | **NOTICE OF APPEARANCE OF JEDEDIAH WAKEFIELD ON BEHALF OF DEFENDANT AMAZON.COM, INC.** |
| v. | |
| AMAZON.COM, INC., | |
| Defendant. | |

1  **TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF
2  RECORD:**

3      **PLEASE TAKE NOTICE** that Jedediah Wakefield of Fenwick & West LLP hereby enters
4  his appearance on behalf of Defendant Amazon.com, Inc.

5      Mr. Wakefield's email addresses for purposes of receipt of Notices of Electronic Filing are
6  jwakefield@fenwick.com and dwalls-stewart@fenwick.com.  For other purposes, contact
7  information for counsel is set forth above.  Defendant requests that Mr. Wakefield be included on
8  the Court's and parties' service lists.

Dated: May 19, 2022            FENWICK & WEST LLP

By: */s/ Jedediah Wakefield*
     Jedediah Wakefield

Counsel for Defendant
AMAZON.COM, INC.